GEORGE P. KORTEWEG *v.* PLANNING AND ZONING
COMMISSION OF THE TOWN OF STONINGTON

The defendant's petitions for certification for appeal from the Superior Court in the judicial district of New London is denied by the court.

*Donald C. McNeil,* in support of the petitions.
*Francis J. Pavetti,* in opposition.

Decided December 4, 1979

JOHN F. GARBARINO ET AL. *v.* PLANNING AND ZONING
COMMISSION OF THE TOWN OF STONINGTON

*Donald C. McNeil,* in support of the petition.
*Francis J. Pavetti,* in opposition.

Decided December 4, 1979

MYSTIC RIVER REALTY CORPORATION *v.* PLANNING AND
ZONING COMMISSION OF THE TOWN OF STONINGTON

The defendant's petition for certification for appeal from the Superior Court in the judicial district of New London is denied by the court.

*Donald C. McNeil,* in support of the petition.
*James F. Brennan, Jr.,* in opposition.

Decided December 4, 1979